AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**NATHAN SMITH**
a/k/a Nathaniel Ames

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about   **AUGUST 20, 2007**   in   **WASHINGTON**   county, in the _____ District of   **COLUMBIA**   defendant(s) did, (Track Statutory Language of Offense)

**by intimidation, attempt to take from the person or presence of another money belonging to, and in the care, custody, control, management and possession of PNC Bank, the deposits of which were the insured by the Federal Deposits Insurance Corporation.**

in violation of Title   **18**   United States Code, Section(s)   **2113(a)**   .

I further state that I am   **DETECTIVE ANTHONY JOHNSON**  , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE ANTHONY JOHNSON**
**ROBBERY TASK FORCE, MPD**

Sworn to before me and subscribed in my presence,

_____ at       **Washington, D.C.**
Date                                              City and State

_____           _____
Name & Title of Judicial Officer            Signature of Judicial Officer

**STATEMENT OF FACTS**

      On August 20, 2007, the defendant, Nathan Smith, entered the PNC Bank located at 1348 4th Street, N.E., Washington, D.C. , walked up to the teller window, and passed the teller a note along with a brown paper bag.  The note read "Put 10,000.00 dollars in the bag or I will start shooting".  The teller placed four thousand dollars in 20s, two thousand and five hundred in 5s , and eight hundred dollars in 50s in the bag and gave it to the defendant.  The defendant exited the bank, and ran towards the train track behind the bank.  A lookout was given for the defendant.  Officers saw the defendant running towards the train tracks behind the bank and chased the defendant.  The defendant was stopped and taken back to the scene, where he was positively identified by the bank teller.  Officers placed the defendant under arrest.

                                                _____
                                                DETECTIVE ANTHONY JOHNSON
                                                METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF AUGUST, 2007.

                                                _____
                                                U.S. MAGISTRATE JUDGE