UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**UNITED STATES OF AMERICA,**

      v.                                                        CR NO.  07-416(JMF)

**NATHAN SMITH,**

      **Defendant.**

---

### DETENTION MEMORANDUM

This matter comes before me upon the application of the United States that the defendant be detained pending trial. After a hearing, the government's motion was granted, and this memorandum is submitted to comply with the statutory obligation that "the judicial officer shall—include written findings of fact and a written statement of the reasons for the detention." 18 U.S.C. § 3142(i)(1).

### FINDINGS OF FACT

1. The hearing in this case was held before Magistrate Judge Kay who found probable cause to believe that the defendant committed the crime of bank robbery.

2. The government represented to me that the evidence before Judge Kay indicated that on August 20, 2007 the defendant entered a PNC bank in the northeast part of the District of Columbia and passed a note to a teller.

3. The note warned the teller that the defendant would start shooting unless the teller gave the defendant money.

4. The defendant fled with the money but was soon apprehended in a nearby shack where the police found the $7,000 that had been stolen.

5. The defendant was returned to the PNC bank where two people, including the teller, identified him as the robber.

## REASONS FOR DETENTION

### Eligibility

The government seeks the defendant's pre-trial detention pursuant to 18 U.S.C. § 3142(f)(1)(A) which authorizes the pre-trial detention of a defendant who, like this defendant, is charged with a crime of violence. Since the defendant is charged with bank robbery, he qualifies for detention.

### Pertinent Factors

In determining whether there are conditions of release which will reasonably assure the appearance of the defendant in court as required and the safety of the community the court is to consider:

1. The nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug; and

2. The history and characteristics of the person, including:

    a. His character, physical and mental condition, family ties, employment, financial resources, length of residence in the community and community ties;

    a. Past conduct, history relating to drug or alcohol abuse;

    b. Criminal history;

    c. Record concerning appearance at court proceedings;

    d. Whether, at the time of the current offense or arrest, the person was on probation, parole, or on other release pending trial, sentencing, appeal or completion of sentence for an offense under Federal, State or local law.

18 U.S.C. § 3142.

### Analysis

An analysis of these factors compels the conclusion that the defendant should be detained.

**The nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug.**  Bank robbery is, of course, a violent crime.

**Defendant's character, physical and mental condition, family ties, employment, financial resources, and length of residence in the community.**  Defendant was in the District of Columbia for one day before he was arrested.  He gave a New Jersey address as his home address and that is his father's home.  He has been arrested in New Jersey, Florida, and Maryland.

**The weight of the evidence.**  The weight of the evidence is substantial.  At this point, the government's case seems overwhelming.  Two people identified the defendant as the robber and the police found him nearby with the money.

**History relating to drug or alcohol abuse.**  There was no information available.

**Record concerning appearance at court proceedings and prior criminal record.** The defendant's criminal record can be illustrated by the following chart:

| State | Date | Charge | Sentence |
|---|---|---|---|
| New Jersey | 03/28/06 | Attempted Bodily Injury | Awaiting Sentencing |
| New Jersey | 11/13/06 | Threaten to Commit a Crime | Awaiting Sentencing |
| Florida | 11/04/91 | Vehicle Theft | 5 days |
| Florida | 11/04/91 | Resisting Officer | 5 days |
| Florida | 11/08/91 | Burglary | 30 months |
| Florida | 11/08/91 | Loitering and Prowling | 30 months |
| Florida | 07/30/92 | Vehicle Theft | 45 days |

| Florida | 11/26/00 | Trespass | Fine |
| New Jersey | 09/23/01 | Simple Assault | Confinement 2 months; time served |
| Maryland | 07/08/94 | Theft over $300 | Confinement 8 years |
| Maryland | 06/20/90 | Theft over $300 | Confinement 18 months |

**Whether on probation or parole at the time of the present offense.** As just noted, the defendant was awaiting sentencing when he was arrested for the bank robbery charged in this case.

## Conclusion

Defendant faces a substantial government case, charging him with a violent crime and he was awaiting sentencing upon his conviction of another violent crime. He has a substantial criminal record and absolutely no roots in this community whatsoever.

I, therefore, conclude that there are no conditions I could set that would reasonably assure this defendant's appearance or that he would not commit new crimes if released and that he should be detained pending trial.

\_\_/S/_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: September 5, 2007